**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: **07-cv-01344-JLK-CBS**

**MICHAEL M. DE ANGELI, et al.,**

      Plaintiffs,

v.

**DENNIS L. JOHNSON, et al.,**

      Defendants.

---

**ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND
DEFAULT JUDGMENT PURSUANT TO FRCP 55**

---

THE ABOVE CAPTIONED MATTER comes before the Court by the Plaintiffs' Motion For Entry of Default and Default Judgment(doc. #11), filed September 12, 2007.  The Court has reviewed the file and considered the arguments of counsel and is fully advised in the premise,

THE COURT THEREFORE ORDERS that the Motion for Entry of Default and Default Judgment Against the individual Defendant Dennis J. Johnson in the amount of $85,000, including interest at statutory rates from the date of this judgment is GRANTED.

THE COURT FURTHER ORDERS that the Default Judgment entered shall be effective as to all the named defendants, jointly and severally.  Costs are to be awarded to the Plaintiffs with a Bill of Costs previously filed.

DONE this 20th  day of September, 2007

                              BY THE COURT:

                              *s/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT