**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-01344-JLK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: November 8, 2007** | **Courtroom Deputy:** Ben Van Dyke |

MICHAEL M. DE ANGELI, *et al.,*                JoAnne P. Hagen, via telephone

    **Plaintiffs,**

    v.

DENNIS J. JOHNSON, *et al.,*                    No appearance

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:      11:28 a.m.**
Court calls case.  Appearances of plaintiffs' counsel.  No appearance for defendants.

Counsel discusses the status of the case with the court.

**ORDERED:   Plaintiffs' oral motion to withdraw the Motion to Enforce Judgment
Pursuant to FRCP 69 [filed September 24, 2007; doc. 16] is granted.  The
motion (doc. 16) is hereby withdrawn**.

HEARING CONCLUDED.

**Court in Recess:      11:33 a.m.**
Total In-Court Time:      00:05